Sara G. Janes (*pro hac,* IL #6316807)
sjanes@cmn-law.com
CHITTENDEN, MURDAY & NOVOTNY, LLC
303 W. Madison Street, Suite 2400
Chicago, IL 60606
T: 312-281-3600
F: 312-281-3678

Rachel M. Garrard (Bar No. 307822)
garrard@higgslaw.com
HIGGS FLETCHER & MACK LLP
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel: 619.236.1551
Fax: 619.696.1410

Attorneys for Plaintiff
MIDLAND NATIONAL LIFE INSURANCE COMPANY

JS-6

# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MIDLAND NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RANDALL OWENS, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. 8:21-CV-02006-JVS-ADS<br><br>ORDER OF CONSENT JUDGMENT ON COMPLAINT FOR INTERPLEADER AND COUNTERCLAIM |

The Court having reviewed the Stipulation of the parties, and good cause appearing therefor, the Court hereby makes the following order:

**IT IS ORDERED THAT:**

1. By consent of Plaintiff Midland National Life Insurance Company ("Midland"), Defendant RANDALL OWENS, Individually and in his capacities as Trustee of the Thomas W. Owens & Dorothy E. Owens

Revocable Living Trust dated March 10, 1994, and as Co-Trustee of the Owens Family Trust dated March 10, 1994, TERESA OWENS, Individually and in her capacity as Co-Trustee of the Owens Family Trust dated March 10, 1994, JILL OWENS-WHITE, LUCINDA OWENS, and RICHARD OWENS (collectively the "Parties"), judgment is entered on Midland's Complaint for Interpleader in favor of Plaintiff Midland and against Defendants RANDALL OWENS, Individually and in his capacities as Trustee of the Thomas W. Owens & Dorothy E. Owens Revocable Living Trust dated March 10, 1994, and as Co-Trustee of the Owens Family Trust dated March 10, 1994, TERESA OWENS, Individually and in her capacity as Co-Trustee of the Owens Family Trust dated March 10, 1994, JILL OWENS-WHITE, LUCINDA OWENS, and RICHARD OWENS, and Midland shall pay $983,549.87, plus applicable interest as of May 16, 2022, which constitutes the entirety of Midland's contractual liability under certificate number 8500123898 and contract number 8500478600 (the "Proceeds") as follows:

    a. Midland shall issue a check in the amount of $195,658.14 to Randall Kirk Owens, 7938 East Timberland Avenue, Orange, California 92869;

    b. Midland shall issue a check in the amount of $232,160.69 to Teresa Jane Owens, 22065 Palms Way, #205, Boca Raton, Florida 33433;

    c. Midland shall issue a check in the amount of $232,160.69 to Jill A. Owens, 345 E. Glen Circle South, Palm Springs, California 92262;

    d. Midland shall issue a check in the amount of $232,160.69 to Lucinda Owens, 22065 Palms Way, #205, Boca Raton, Florida 33433;

    e. Midland shall issue a check in the amount of $97,829.07 to Richard Owens, 7045 E. Avenida De Santiago, Anaheim, CA 92807.

2. By consent of the Parties, Midland shall have no further liability to Defendants, RANDALL OWENS, Individually and in his capacities as Trustee of the Thomas W. Owens & Dorothy E. Owens Revocable Living Trust dated March

10, 1994, and as Co-Trustee of the Owens Family Trust dated March 10, 1994, TERESA OWENS, Individually and in her capacity as Co-Trustee of the Owens Family Trust dated March 10, 1994, JILL OWENS-WHITE, LUCINDA OWENS, RICHARD OWENS, or DAVID ROME (against whom Default Judgment has been entered via a separate order, ECF No. 59), or to any of them, or to any person or entity claiming through them, for the proceeds of certificate number 8500123898 or annuity number 8500478600 or arising out of the death of Dorothy Owens;

3. The Parties agree that Midland has acted in good faith in bringing its Complaint for Interpleader;

4. By consent of the Parties, Defendants, RANDALL OWENS, Individually and in his capacities as Trustee of the Thomas W. Owens & Dorothy E. Owens Revocable Living Trust dated March 10, 1994, and as Co-Trustee of the Owens Family Trust dated March 10, 1994, TERESA OWENS, Individually and in her capacity as Co-Trustee of the Owens Family Trust dated March 10, 1994, JILL OWENS-WHITE, LUCINDA OWENS, RICHARD OWENS, and each of them are collaterally estopped from commencing or prosecuting any proceeding or claim against Midland and each of its parents, subsidiaries, and affiliated companies, and each of their respective officers, directors, employees, agents, attorneys, representatives, shareholders, insurers, predecessors, successors, and assigns, in any state or federal court or other forum arising out of or related to certificate number 8500123898 or annuity number 8500478600 or arising out of the death of Dorothy Owens;

5. By consent of the Parties, the Counterclaim of Defendants RANDALL OWENS, Individually and in his capacities as Trustee of the Thomas W. Owens & Dorothy E. Owens Revocable Living Trust dated March 10, 1994, and as Co-Trustee of the Owens Family Trust dated March 10, 1994, and TERESA OWENS, Individually and in her capacity as Co-Trustee of the

Owens Family Trust dated March 10, 1994, is dismissed with prejudice in its entirety;

6. The Parties agree that each party shall bear its own costs and attorney fees;

7. This Consent Judgment constitutes the final judgment in this case.

**IT IS SO ORDERED.**

ENTERED: May 17, 2022   _____

United States District Judge

James V Selna

AGREED TO BY:        CHITTENDEN MURDAY & NOVOTNY, LLC

By: /s *Sara G. Janes*
SARA G. JANES, ESQ.

HIGGS FLETCHER & MACK LLP

By: /s *Rachel M. Garrard (by permission)*
RACHEL M. GARRARD, ESQ.

Attorneys for Plaintiff MIDLAND NATIONAL LIFE INSURANCE COMPANY

LORA S. FRIEDMAN, PLC

By: /s *Lora S. Friedman (by permission)*
LORA S. FRIEDMAN, ESQ.

Attorney for Defendants RANDALL OWENS, Individually and in his capacities as Trustee of the Thomas W. Owens & Dorothy E. Owens Revocable Living Trust dated March 10, 1994, and as Co-Trustee of the Owens Family Trust dated March 10, 1994, TERESA OWENS, Individually and in her capacity as Co-Trustee of the Owens Family Trust dated March 10, 1994

CUMMINS & WHITE, LLP

By: /s *Carl J. Pentis (by permission)*
CARL J. PENTIS, ESQ.

Attorney for Defendant RICHARD OWENS

LAW OFFICES OF MITCHELL REED SUSSMAN & ASSOCIATES

By: /s *Mitchell Sussman (by permission)*
MITCHELL SUSSMAN, ESQ.

Attorney for Defendants JILL OWENS-WHITE and LUCINDA OWENS

PROPOSED ORDER OF CONSENT JUDGMENT ON COMPLAINT FOR INTERPLEADER AND COUNTERCLAIM